To who it may concern I Robert Bailey writting this for Steve Cokley we have not always seen eye to eye but he is the father to my grandchildr- Since he's been gone it been hard on my daughter and grandchildren im hoping he gets to come home and be with his kids and help my daughter raise them I know what he did was wrong I'm sure he has learned form his mistake and I'm hoping the court will show him some leniency

Sept. 14-2021                                    Robert B_____

From: **Jada Bailey** jadabeecurly@gmail.com
Subject: **letter for leniency**
Date: **Aug 25, 2021 at 7:50:06 PM**
To: **Lott Rolfe** lottrolfe@att.net

Dear to whomever this may concern, my name is Jada Cheyanne Bailey. I'm writing this letter due to the circumstances that have been placed against the father of my children. On September 3, 2020 Myself and Steve were not agreeing on a lot of things and just like any other relationship we had a heated argument that got out of control and neither one of us felt the need to leave the home where we both stayed. The only other option that was left for me to do was to call the police and tell them the situation and try to remove Steve from the residence but the police were saying that they couldn't and wouldn't tell Steve to leave because there wasn't any physical evidence showing that we were actually fighting and that if he had taking my phone they couldn't get it back. But I could write a report saying that he did and it can be brought up in court. This wasn't the first time the police were called to the residence, we have had several other occasions. I told the officer on duty that day that I did not want to write a report saying anything if they couldn't make him leave. This was an officer that has responded to calls before so he seemed irritated on this day. Hours went by after the police left and we were still at the residence arguing and fighting. So I left while he was sleeping and went to the police station stating that I wanted to make a report and the officer saw that I had marks and he would come and pick Steve up from my home if he was still there. I did make a report. And I did put in the report that we were fighting and that he did take my phone and they did take pictures, but when I said he pointed and threatened me with a gun that wasn't exactly facts and I never saw a gun. I just knew Steve's history and the questions that they were asking I just quickly responded to, I knew he would be gone for that night, so I didn't care of the outcome or if it would be brought up again. I am aware that giving a false police report can cause me to be arrested and at the time I was so angry I didn't care what I had to say to make them get him away from the residence or from me. I just knew we weren't at a good place with each other and we didn't need to be around each other and him not being on my lease they kept telling me that it didn't matter if this is where he has been staying. I had never heard of anything like that before till that day. And it did work that day, On September 4, 2020 He was out that morning and was simply getting his things from inside the house and I had my dad at home with me and of course any dad in that situation would be upset. Him and Steve exchanged words back and forth, But Steve never pointed a gun at my dad, or threatened him. My dad decided to pick up the phone and call the police again because he knew Steve had bonded out and he didn't like that he was back home so quickly, the words that were said "you must want smoke" weren't applying to a firearm. it was simply a term used to say he had animosity towards him. My dad saying he can fight on females and not a male is what made him respond the way he did. I'm not justifying his actions or making any excuses but this is something so small compared to a lot of things, Me and Steve share four children together a six year old, a three year old, a one year old, and a 7 month old and I would hate for him to spend any less time away from them. I can say he has supported me and taken care of our kids and anything I needed, good or bad terms. I can't exactly say that for my people it's always something they want in return, since he has left I have been through the worst of the worst with four kids all by myself. I'm not like most people where I have a support system and I don't have a license so I can't do what needs to be done at times, I do ask that if you can give Steve some type of leniency, I honestly believe that he has been away from his kids long enough. And I do not wish this on anybody. I strongly hate that my kids ask about him and them being so little I can't really tell them much of anything he has missed a lot since he has been gone. Me and his children would be very grateful if the outcome of this could just lay at rest and be put behind us. Thank you for taking the time out to read my letter after all of this.

Steve Conley

Everyday in here is a different wakeup call, I learn from my past to improve my future. We all make mistakes some people more then others. Im not really the trouble person but have lost both of my parents and my oldest brother within these last few years. Its really been hard for me fighting depression, some nights I ask the man above why he take me away from my 4 kids and my finance during the pandemic? I really just need help and I dont think me being locked up will help your honor, my finance and my sisters and brothers are struggling and I cant help from jail, my oldest daughter barely have new clothes to wear to school and my girl dont have any transportation so if my little girl miss the bus or sick at school thares no way to pick her up. Your honor I do apologizes to you and everyone else on my behalf and my silly childish mistake. I really just ask for your mercy to give me a second ch ance at life please, Ive been gone a year and never been in trouble, this time Ive been gone really made me grow up. Ive learned from my mistakes and hopefully you'll understand and show mercy, I just want

to be a good parent not a good prisoner. please your honor I just need a second chance at life I'm a young adult with a small family I love dearly, I ask for your symphoty,

Mr. Moody Jr.